M. P. No. 1448. STATE v. GEORGE DANIEL FUDGE. Petition for writ of habeas corpus denied. *Richard J. Israel,* Attorney

General, for plaintiff-respondent. *Charles J. Rogers, Jr.,* for defendant-petitioner.

